# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by JAMES R. KLEIN, Administrator, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Misc. No. 03-86<br>) |
| BRIAN A. NICKEL, individually and t/d/b/a BRIAN A. NICKEL CONSTRUCTION, | ) Judge Cercone<br>) Magistrate Judge Caiazza<br>)<br>) |
| Defendant, | )<br>) |
| v. | )<br>) |
| ALLEGHENY VALLEY BANK OF PITTSBURGH and FIDELITY BANK, | )<br>)<br>)<br>) |
| Garnishees. | ) |

## ORDER

Consistent with Federal Rule 69(a)(1) and Pa. R. Civ. P. 3111(c), the Writ of Execution served on Garnishee, Fidelity Bank, is hereby settled and discontinued. IT IS HEREBY FURTHER ORDERED that Fidelity Bank is terminated as a Garnishee in this case.

IT IS SO ORDERED.

January 2, 2008

Francis X. Caiazza
U.S. Magistrate Judge

cc (via email):

Jeffrey J. Leech, Esq.
Joseph P. Milcoff, Esq.

cc (via U.S. Mail):

Fidelity Bank
Attn:  Christine J. Hoffman
Manager of Operations
1009 Perry Highway
Pittsburgh, PA  15237

Brian A. Nickel i/a/t/d/b/a
Brian A. Nickel Construction
212 Marzolf Road Extension
Pittsburgh, PA  15223