# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS,    )
INC., by JAMES R. KLEIN,      )
Administrator,                )
                              )
                Plaintiff,    )
                              )
        v.                    )    Misc. No. 03-86
                              )
BRIAN A. NICKEL, individually )    Judge Cercone
and t/d/b/a BRIAN A. NICKEL   )    Magistrate Judge Caiazza
CONSTRUCTION,                 )
                              )
                Defendant,    )
                              )
        v.                    )
                              )
ALLEGHENY VALLEY BANK         )
OF PITTSBURGH and             )
FIDELITY BANK,                )
                              )
                Garnishees.   )

## ORDER

Consistent with Federal Rule 69(a)(1) and Pa. R. Civ. P. 3111(c), the Writ of Execution served on Garnishee, Allegheny Valley Bank of Pittsburgh, is hereby settled and discontinued. *See* Doc. 17. IT IS HEREBY FURTHER ORDERED that Allegheny Valley Bank of Pittsburgh is terminated as a Garnishee in this case.

IT IS SO ORDERED.

January 7, 2008

_Francis X. Caiazza_
Francis X. Caiazza
U.S. Magistrate Judge

cc (via email):

Jeffrey J. Leech, Esq.
Joseph P. Milcoff, Esq.

cc (via U.S. Mail):

Allegheny Valley Bank of Pittsburgh
Attn:  Diane L. Edgar
5137 Butler Street
Pittsburgh, PA  15201

Brian A. Nickel i/a/t/d/b/a
Brian A. Nickel Construction
212 Marzolf Road Extension
Pittsburgh, PA  15223